```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GERALDINE SESSA                       :
                                      : CIVIL ACTION
         Plaintiff                    :
                                      :
    vs.                               :
                                      : NO. 14-CV-2518
DELL, INC., LONG TERM DISABILITY      :
INSURANCE PLAN, DELL, INC. SHORT      :
TERM DISABILITY INSURANCE PLAN,       :
AETNA LIFE INSURANCE COMPANY and      :
DELL, INC.                            :
                                      :
         Defendants                   :
```

**ORDER**

AND NOW, this    9th    day of June, 2015, upon consideration of the Motions for Summary Judgment of Plaintiff (Doc. No. 24) and of Defendants Aetna Life Insurance Company (Doc. No. 21), and Dell, Inc., Dell, Inc. Long Term Disability Insurance Plan, and Dell, Inc. Short Term Disability Insurance Plan (Doc. No. 22) and the Parties' various Oppositions and Reply Briefs thereto in further support of their respective positions, it is hereby ORDERED that Plaintiff's Motion is DENIED in its entirety, the Motions of Aetna and the Dell Defendants are GRANTED in PART and DENIED in PART and Judgment is entered in favor of Defendants and against Plaintiff as a matter of law with

respect to Count I of Plaintiff's Complaint.

										BY THE COURT:


										s/J. Curtis Joyner
										J. CURTIS JOYNER,    J.